Ferkler et al., Appellants, *v.* Rosenstein.

Argued November 17, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Esther R. Sylvester,* with her *Beasley, Albert, Hewson & Casey,* for appellants.

*I. Raymond Kremer,* with him *August J. Lacko,* and *Kremer, Krimsky & Luterman,* for appellee.

OPINION PER CURIAM, March 20, 1970:

Judgment affirmed. Cf. *Allen v. Carr,* 426 Pa. 597, 233 A. 2d 227 (1967); *Liney v. Chestnut Motors, Inc.,* 421 Pa. 26, 218 A. 2d 336 (1966); and, *Canavin v. Wilmington Transportation Co.,* 208 Pa. Superior Ct. 506, 223 A. 2d 902 (1966).